**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BERNARDINO HERNANDEZ VALLEJO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-00939-JWD-SDJ** |
| **WARDEN, LOUISIANA ICE PROCESSING CENTER, ET, AL.** | |

**ORDER**

**CONSIDERING** the Joint Motion to Dismiss filed by petitioner Bernardino Hernandez Vallejo and the Federal Respondents;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

**SO ORDERED** this 18th day of November, 2026, in Baton Rouge, Louisiana.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**